for failure to prosecute in accordance with the rules.

for failure to prosecute in accordance with the rules.

**Michael D. REED, Petitioner,**

v.

**UNITED STATES POSTAL SERVICE, Respondent.**

**No. 06–3017.**

United States Court of Appeals, Federal Circuit.

Nov. 17, 2005.

### ORDER

The petitioner having failed to file the required Statement Concerning Discrimination, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED,

**INFORMATION SYSTEMS & NETWORKS CORPORATION, Plaintiff–Appellant,**

v.

**UNITED STATES, Defendant–Appellee.**

**No. 05–5124.**

United States Court of Appeals, Federal Circuit.

Nov. 17, 2005.

### ORDER

Upon consideration of Information Systems & Networks Corporation's unopposed motion to voluntarily dismiss its appeal (COFC no. 04–385),

IT IS ORDERED THAT:

(1) The motion is granted.